UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| § | |
| MAZUR, BILL § | Case No. 10-05618 |
| MAZUR, SHARON MARIE § | |
| § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/22/2011 in Courtroom 644,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2011     By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
MAZUR, BILL § Case No. 10-05618
MAZUR, SHARON MARIE §
 §
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,503.37 |
| and approved disbursements of | $ | 65.23 |
| leaving a balance on hand of[1] | $ | 12,438.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,000.34 | $ 0.00 | $ 2,000.34 |
| Trustee Expenses: Frances Gecker | $ 4.40 | $ 0.00 | $ 4.40 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 4,569.00 | $ 0.00 | $ 4,569.00 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 5.05 | $ 0.00 | $ 5.05 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,369.90 | $ 0.00 | $ 1,369.90 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 22.57 | $ 0.00 | $ 22.57 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.23 | $ 14.23 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses $ 7,971.26

Remaining Balance $ 4,466.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,043.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 7,290.35 | $ 0.00 | $ 516.55 |
| 000002 | AMERICAN INFOSOURCE LP as agent for | $ 8,283.16 | $ 0.00 | $ 586.89 |
| 000003 | CHASE BANK USA, N.A. | $ 5,111.37 | $ 0.00 | $ 362.16 |
| 000004 | CHASE BANK USA, N.A. | $ 7,683.55 | $ 0.00 | $ 544.41 |
| 000005 | CHASE BANK USA, N.A. | $ 1,112.20 | $ 0.00 | $ 78.80 |
| 000006 | CHASE BANK USA, N.A. | $ 3,220.90 | $ 0.00 | $ 228.21 |
| 000007 | CHASE BANK USA, N.A. | $ 11,434.92 | $ 0.00 | $ 810.20 |
| 000008 | CHASE BANK USA, N.A. | $ 2,373.39 | $ 0.00 | $ 168.16 |
| 000009 | GE MONEY BANK | $ 1,598.20 | $ 0.00 | $ 113.24 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | AMERICAN EXPRESS CENTURION BANK | $ 3,609.56 | $ 0.00 | $ 255.75 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 6,027.91 | $ 0.00 | $ 427.10 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,521.91 | $ 0.00 | $ 178.69 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,175.86 | $ 0.00 | $ 154.17 |
| 000014 | HSBC BANK NEVADA, N.A.(BONTON) | $ 600.66 | $ 0.00 | $ 42.55 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 4,466.88 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*

*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 10-05618-PSH
Bill Mazur                                                   Chapter 7
Sharon Marie Mazur
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner              Page 1 of 2               Date Rcvd: Aug 26, 2011
                              Form ID: pdf006            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
db/jdb        +Bill Mazur,    Sharon Marie Mazur,    272 Park Terrace,    South Chicago Height, IL 60411-5343
aty           +Jonathan D Parker,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
aty           +William G Cross,    Frank/Gecker LLP,    325 N. LaSalle St., Suite 625,    Chicago, IL 60654-6465
aty           +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
15099930      +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
16319299       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17542473       American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
                Oklahoma City, OK 73124-8840
15099918      +Bankfinancial, FSB,    Attn: Bankruptcy Dept.,    48 Orland Square Dr,    Orland Park, IL 60462-6539
15099933     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
15099929      +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15099940      +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
15995163       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16087399      +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
15099939      +Clerk, First Mun Div,    09 M1 207481,    131 S. Dearborn St., floor 5,    Chicago, IL 60603-5571
15099921      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15099922      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15099926      +FIA CSNA,   Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
15099947     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Best Buy,     Attn: Bankruptcy Dept.,    P.O. Box 15519,
                Wilmington, DE 19850)
17065734      +HSBC Bank Nevada, N.A.(BonTon),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
15099924      +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
15099948     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: IRS Priority Debt,     Attn: Bankruptcy Dept.,    Box 21126,
                Philadelphia, PA 19114)
15099920      +MB Financial BANK,    Attn: Bankruptcy Dept.,    1200 N Ashland Ave,    Chicago, IL 60622-8311
15099941      +Mcydsnb,   Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
15099946      +Menards,   Bankruptcy Dept,    90 Christiana Rd,    New Castle, DE 19720-3118
15099938      +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                Chicago, IL 60603-5571
15099919      +National Education SER,    Attn: Bankruptcy Dept.,    200 W Monroe St Ste 700,
                Chicago, IL 60606-5057
15099931      +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
15099945      +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
15099923      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15099936      +UNVL/CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: csmith@fgllp.com Aug 27 2011 02:07:25      Frances Gecker,    325 North LaSalle Street,
                Suite 625,   Chicago, IL 60654-6465
15962045       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
                American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,     PO Box 248840,
                Oklahoma City, OK 73124-8840
15956075       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49      Discover Bank,
                Dfs Services LLC,   PO Box 3025,    New Albany, OH 43054-3025
15099934      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 27 2011 02:32:49      Discover FIN SVCS LLC,
                Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
16355890       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2011 02:32:22
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
16128338       E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15099925      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2011 02:32:59      GEMB/SAMS CLUB,
                Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
15099927      +E-mail/PDF: cr-bankruptcy@kohls.com Aug 27 2011 02:33:01      Kohls/Chase,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
15099932*     +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
15099935*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15099937*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15099942*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15099943*     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
15099944*     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
```

```
District/off: 0752-1           User: cturner              Page 2 of 2              Date Rcvd: Aug 26, 2011
                               Form ID: pdf006            Total Noticed: 38

15099928     ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                    TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                     **Signature:**    _/s/ Joseph Speetjens_