UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
MAZUR, BILL                             §   Case No. 10-05618
MAZUR, SHARON MARIE                     §
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|     PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Frances Gecker_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bankfinancial, FSB Attn: Bankruptcy Dept. 48 Orland Square Dr Orland Park IL 60462 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 HSBC/Best Buy Attn: Bankruptcy Dept. P.O. Box 15519 Wilmington DE 19850 | | | | | |
| | 3 MB Financial BANK Attn: Bankruptcy Dept. 1200 N Ashland Ave Chicago IL 60622 | | | | | |
| | 4 Menards Bankruptcy Dept 90 Christiana Rd New Castle DE 19720 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INDIANA DEPARTMENT OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 12 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 13 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 15 GEMB/SAMS CLUB Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |
| | 17 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 18 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 19 National Education SER Attn: Bankruptcy Dept. 200 W Monroe St Ste 700 Chicago IL 60606 | | | | | |
| | 20 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 22 Target NB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| | 23 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 24 UNVL/CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 3 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 4 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 6 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | Clerk, First Mun Div 09 M1 207481 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | GE MONEY BANK | | | | | |
| 000014 | HSBC BANK NEVADA, N.A.(BONTON) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-05618 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | MAZUR, BILL | | | Date Filed (f) or Converted (c): | 02/12/10 (f) |
| | MAZUR, SHARON MARIE | | | 341(a) Meeting Date: | 03/18/10 |
| For Period Ending: | 10/19/11 | | | Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 272 PARK TERRACE SOUTH CHICAGO HEIGHT, IL 60411 - Debtor Claimed Exemption | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. 6391 RANNELLS RD., KNOX, IN | 25,000.00 | 12,500.00 | | 12,500.00 | FA |
| 3. CHECKING ACCOUNT WITH - BANK FINANCIAL Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT WITH - BANK FINANCIAL Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT WITH - MB FINANCIAL Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 6. SAVINGS ACCOUNT WITH - MB FINANCIAL Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 7. MENARDS - HAND-TOOLS | 600.00 | 0.00 | DA | 0.00 | FA |
| 8. HSBC/BB - WASHER, DRYER, & MICROWAVE | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 9. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, Debtor Claimed Exemption | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR Debtor Claimed Exemption | 60.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04b

Case 10-05618   Doc 38   Filed 10/19/11   Entered 10/19/11 10:10:40   Desc Main
Document   Page 11 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:        10-05618    PSH    Judge: Pamela S. Hollis         Trustee Name:              Frances Gecker
Case Name:      MAZUR, BILL                                         Date Filed (f) or Converted (c):  02/12/10 (f)
                MAZUR, SHARON MARIE                                  341(a) Meeting Date:       03/18/10
                                                                     Claims Bar Date:           11/01/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. NECESSARY WEARING APPAREL. Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 12. EARRINGS, WATCH, COSTUME JEWELRY Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 13. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. PENSION W/ EMPLOYER/FORMER EMPLOYER - 100% EXEMPT: Debtor Claimed Exemption | 54,547.00 | 0.00 | | 0.00 | FA |
| 16. PENSION W/ EMPLOYER/FORMER EMPLOYER - 100% EXEMPT: Debtor Claimed Exemption | 58,918.00 | 0.00 | | 0.00 | FA |
| 17. PENSION W/ EMPLOYER/FORMER EMPLOYER - 100% EXEMPT: Debtor Claimed Exemption | 94,165.00 | 0.00 | | 0.00 | FA |
| 18. 2000 FORD TAURUS WITH OVER 120,000 MILES Debtor Claimed Exemption | 313.00 | 0.00 | | 0.00 | FA |
| 19. 1998 PLYMOUTH GRAND VOYAGER WITH OVER 120,000 MILE Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| Case No: | 10-05618 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | MAZUR, BILL | | | Date Filed (f) or Converted (c): | 02/12/10 (f) |
| | MAZUR, SHARON MARIE | | | 341(a) Meeting Date: | 03/18/10 |
| | | | | Claims Bar Date: | 11/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 1997 MERCURY TRACER (JOINT WITH LISA M.)  Debtor Claimed Exemption | 113.00 | 0.00 | | 0.00 | FA |
| 21. TIMESHARE IN LAS VEGAS  Debtor Claimed Exemption | 4,200.00 | 300.00 | DA | 0.00 | FA |
| 22. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.44 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $349,066.00 | $14,300.00 | | $12,503.44 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 09/30/11


/s/     Frances Gecker
_____  Date: 10/19/11
       FRANCES GECKER

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-05618 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MAZUR, BILL | | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | | Account Number / CD #: | *******5654  MONEY MARKET |
| Taxpayer ID No: | *******2418 | | | |
| For Period Ending: | 10/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/10 | 2 | Bank Financial<br>6415 W. 95th St.<br>Chicago Ridge, IL 60415 | Sale of 6391 S. Rannells Rd. IN | 1110-000 | 12,500.00 | | 12,500.00 |
| 05/28/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.22 | | 12,500.22 |
| 06/30/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,500.53 |
| 07/30/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,500.85 |
| 08/31/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,501.17 |
| 09/30/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,501.48 |
| 10/29/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,501.80 |
| 11/30/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,502.11 |
| 12/31/10 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,502.43 |
| 01/31/11 | 22 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,502.75 |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 14.23 | 12,488.52 |

Page Subtotals   12,502.75   14.23

Ver: 16.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-05618 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MAZUR, BILL | | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | | Account Number / CD #: | *******5654 MONEY MARKET |
| Taxpayer ID No: | *******2418 | | | |
| For Period Ending: | 10/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | 22 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,488.62 |
| 03/31/11 | 22 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,488.73 |
| 04/11/11 | 001001 | INDIANA DEPARTMENT OF REVENUE<br>P.O. BOX 6079<br>INDIANAPOLIS, IN 42606-6079<br>ATTN: FIDUCIARY SECTION | ESTATE OF MAZUR - FEIN 35-6852418 | 2820-000 | | 51.00 | 12,437.73 |
| 04/29/11 | 22 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,437.83 |
| 05/31/11 | 22 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,437.94 |
| 06/30/11 | 22 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,438.04 |
| 07/29/11 | 22 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,438.14 |
| 08/22/11 | 22 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 12,438.21 |
| 08/22/11 | | Transfer to Acct #*******5650 | Final Posting Transfer | 9999-000 | | 12,438.21 | 0.00 |

Page Subtotals 0.69 12,489.21

Ver: 16.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-05618 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | MAZUR, BILL | | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | | Account Number / CD #: | *******5654  MONEY MARKET |
| Taxpayer ID No: | *******2418 | | | |
| | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 10/19/11 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,503.44 | 12,503.44 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 12,438.21 | |
| | | | Subtotal | | 12,503.44 | 65.23 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,503.44 | 65.23 | |

Page Subtotals        0.00        0.00

Ver: 16.04b

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-05618 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | MAZUR, BILL | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | Account Number / CD #: | *******5650  GENERAL CHECKING |
| Taxpayer ID No: | *******2418 | | |
| For Period Ending: | 10/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/11 | | Transfer from Acct #*******5654 | Transfer In From MMA Account | 9999-000 | 12,438.21 | | 12,438.21 |
| 09/22/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,000.34 | 10,437.87 |
| 09/22/11 | 001001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Expenses | 2200-000 | | 4.40 | 10,433.47 |
| 09/22/11 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603<br><br>Fees          1,369.90<br>Expenses         22.57 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 1,392.47 | 9,041.00 |
| 09/22/11 | 001003 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654<br><br>Fees          4,569.00<br>Expenses          5.05 | Attorney for Trustee Fees (Trustee<br><br><br><br><br>3110-000<br>3120-000 | | | 4,574.05 | 4,466.95 |
| 09/22/11 | 001004 | DISCOVER BANK | Claim 000001, Payment 7.09% | 7100-000 | | 516.55 | 3,950.40 |
| | | | Page Subtotals | | 12,438.21 | 8,487.81 | |

Ver: 16.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-05618 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | MAZUR, BILL | | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | | Account Number / CD #: | *******5650 GENERAL CHECKING |
| Taxpayer ID No: | *******2418 | | | |
| For Period Ending: | 10/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DFS SERVICES LLC PO BOX 3025 NEW ALBANY, OH 43054-3025 | | | | | |
| 09/22/11 | 001005 | AMERICAN INFOSOURCE LP as agent for CITIBANK (SOUTH DAKOTA) N.A. PO BOX 248840 OKLAHOMA CITY, OK 73124-8840 | Claim 000002, Payment 7.09% | 7100-000 | | 586.90 | 3,363.50 |
| 09/22/11 | 001006 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000003, Payment 7.09% | 7100-000 | | 362.16 | 3,001.34 |
| 09/22/11 | 001007 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000004, Payment 7.09% | 7100-000 | | 544.42 | 2,456.92 |
| 09/22/11 | 001008 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000005, Payment 7.09% | 7100-000 | | 78.80 | 2,378.12 |
| 09/22/11 | 001009 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000006, Payment 7.09% | 7100-000 | | 228.22 | 2,149.90 |
| 09/22/11 | 001010 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000007, Payment 7.09% | 7100-000 | | 810.22 | 1,339.68 |

Page Subtotals        0.00        2,610.72

Ver: 16.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 10-05618 -PSH | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | MAZUR, BILL | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | Account Number / CD #: | *******5650 GENERAL CHECKING |
| Taxpayer ID No: | *******2418 | | |
| For Period Ending: | 10/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/22/11 | 001011 | CHASE BANK USA, N.A.<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim 000008, Payment 7.09% | 7100-000 | | 168.17 | 1,171.51 |
| 09/22/11 | 001012 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000009, Payment 7.09% | 7100-000 | | 113.24 | 1,058.27 |
| 09/22/11 | 001013 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000010, Payment 7.09% | 7100-000 | | 255.75 | 802.52 |
| 09/22/11 | 001014 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000011, Payment 7.09% | 7100-000 | | 427.10 | 375.42 |
| 09/22/11 | 001015 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000012, Payment 7.09% | 7100-000 | | 178.69 | 196.73 |
| 09/22/11 | 001016 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Claim 000013, Payment 7.09% | 7100-000 | | 154.17 | 42.56 |

Page Subtotals      0.00      1,297.12

Ver: 16.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-05618 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | MAZUR, BILL | | Bank Name: | BANK OF AMERICA |
| | MAZUR, SHARON MARIE | | Account Number / CD #: | *******5650 GENERAL CHECKING |
| Taxpayer ID No: | *******2418 | | | |
| For Period Ending: | 10/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/22/11 | 001017 | HSBC BANK NEVADA, N.A.(BONTON) BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE 200 TUCSON, AZ 85712 | Claim 000014, Payment 7.09% | 7100-000 | | 42.56 | 0.00 |

```
                                              COLUMN TOTALS                      12,438.21        12,438.21           0.00
                                         Less:  Bank Transfers/CD's              12,438.21             0.00
                                              Subtotal                                0.00        12,438.21
                                         Less:  Payments to Debtors                                     0.00
                                              Net                                     0.00        12,438.21

                                                                                                      NET              ACCOUNT
                                   TOTAL - ALL ACCOUNTS                        NET DEPOSITS      DISBURSEMENTS          BALANCE
                                   MONEY MARKET - ********5654                    12,503.44            65.23             0.00
                                   GENERAL CHECKING - ********5650                     0.00        12,438.21             0.00
                                                                               --------------    --------------    --------------
                                                                                  12,503.44        12,503.44             0.00
                                                                               ==============    ==============    ==============
                                                                               (Excludes Account  (Excludes Payments  Total Funds
                                                                                 Transfers)         To Debtors)        On Hand
```

Frances Gecker, Trustee

/s/ Frances Gecker

Trustee's Signature: _____ Date: _____
FRANCES GECKER

Page Subtotals         0.00         42.56

Ver: 16.04b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*